IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES REED, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-1117-GBW |
| OFFICE OF U.S. TRUSTEE, et al., | : |
| Defendants. | : |

**ORDER**

At Wilmington this 5th day of March, 2024, Plaintiff having failed to respond to the Court's January 17, 2024 Order to Show Cause by February 16, 2024;

IT IS HEREBY ORDERED that this matter is **DISMISSED without prejudice** for Plaintiff's failure to serve proper process within 90 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE